SAMUEL MCARTHUR *vs.* J. A. MARTIN AND JOHN MCDERMOTT, SPECIAL BAIL OF DAVID C. MARTIN.—*December* 1843.

Upon a *scire facias* against special bail, where the defendant did not plead to the writ, but moved the court to enter an *exoneretur,* which being done, the plaintiff thereupon appealed. This court dismissed the appeal, there being no final judgment in the cause.

APPEAL from *Frederick* County Court.

On the 7th December 1841, *Samuel McArthur* sued out a *scire facias* against the appellees, which recited a judgment rendered in his favor, against *D. C. Martin* at February term 1840, of *Frederick* county court. The bail appeared and suggested on the record, that their principal "has applied in due form of law for the benefit of the bankrupt laws of the *United States,* and that he made his application on the 2nd March

1842." The court ruled the plaintiff to show cause on or before the 8th March 1842, why an *exoneretur* should not be entered, provided notice of the rule be served on the plaintiff on or before the 4th March. On the 3rd March, the commissioner under the bankrupt law for *Frederick* county, made oath, that *D. C. M.* had applied in due form for a release, &c. The notice of the rule was served on the appellant's attorney, and the docket entries of the District Court of the *United States*, which showed an order for the hearing of the application on the 31st March 1842, were filed in the cause duly certified. On the 8th March, the appellant showed cause against the rule, but the county court made the rule absolute, and ordered the *exoneretur* to be entered. The plaintiff appealed.

The cause was argued before STEPHEN, ARCHER, CHAMBERS and SPENCE, J.

By PALMER for the appellant, and
By BRENGLE for the appellee.

BY THE COURT—        APPEAL DISMISSED.